ACCEPTED
01-14-00200-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/2/2015 9:34:05 AM
CHRISTOPHER PRINI
CLERK

No. 01-14-00200-CR
In The Court of Appeals
The Fourteenth District of Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/2/2015 9:34:05 AM
CHRISTOPHER A. PRINE
Clerk

**MAX EDWARD WEBB**
Appellant,

V.

**THE STATE OF TEXAS**
Appellee

§
§
§
§
§
§
§

On Appeal From
248TH District Court
Harris County, Texas
Trial Cause No. 1399396

## CERTIFICATION OF NOTIFICATION OF RIGHT
## TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

Melissa Martin, counsel for Appellant in the above cause, respectfully informs the Court that counsel mailed a copy of this court's opinion to Appellant and inform Appellant of his right to file a pro se petition for discretionary review. This notification was sent by certified mail and a copy of the return receipt is attached

Respectfully submitted,

**Alexander Bunin**
**Chief Public Defender**

/s/ *Melissa Martin*

_____

**MELISSA MARTIN**
Assistant Public Defender
Harris County, Texas
TBN 24002532
1201 Franklin St, 13th Floor
Houston, Texas 77002
Phone: (713) 368-0016
Fax: (713) 368-9278
melissa.martin@pdo.hctx.net
Counsel for Appellant



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

MELISSA MARTIN
HARRIS COUNTY PUBLIC DEFENDER'S OFFICE
1201 Franklin, 13th Floor
Houston, TX 77002

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Max Edward Webb
TDCJ# 01924604
Garza West Unit, TDCJ
4250 Highway 202
Beeville, TX 78102

Re: Webb v State
    Letter to Client w Opinion, Judgment
    Record & PDR Info

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____     ☐ Agent
                               ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 12-26-14

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)              ☐ Yes

2. Article Number: 7010 1870 0000 4699 0321

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540